■ LAPIDUS & ASSOCIATES, LLP, Respondent, v ELIZABETH STREET, INC., et al., Appellants. [937 NYS2d 227]—

The record demonstrates that defendants failed to dispute that plaintiff sent them the subject invoices and that no objections were lodged thereto until after this action had been commenced (*see Bartning v Bartning*, 16 AD3d 249, 250 [2005]). Defendants' challenges to the reasonableness of plaintiff's fees fail. In the context of an account stated pertaining to legal fees, a firm does "not have to establish the reasonableness of its fee"

(*Thelen LLP v Omni Contr. Co., Inc.*, 79 AD3d 605, 606 [2010], *lv denied* 17 NY3d 713 [2011]), because "the client's act of holding the statement without objection will be construed as acquiescence as to its correctness" (*Cohen Tauber Spievak & Wagner, LLP v Alnwick*, 33 AD3d 562, 563 [2006], *lv dismissed* 8 NY3d 840 [2007] [internal quotation marks omitted]; *see also Tunick v Shaw*, 45 AD3d 145, 149 [2007], *lv dismissed* 10 NY3d 930 [2008]).

We have considered defendants' remaining contentions and find them unavailing. Concur—Gonzalez, J.P., Saxe, Moskowitz, Acosta and Freedman, JJ.